IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER:
The motion is GRANTED.

Luke A. Evans
U.S. Magistrate Judge

VADIM KHUSAINOVICH KYZYLBAEV,

Plaintiff,

v.

KRISTI NOEM, *Secretary of U.S. Department of Homeland Security*, et al.,

Defendants.

Case No. 3:25-cv-00890
Judge Crenshaw
Magistrate Judge Newbern

**UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Defendants, by and through the United States Attorney for the Middle District of Tennessee and the undersigned counsel, respectfully move this Honorable Court for a third extension of time to file its answer or other responsive pleading to Plaintiff's Complaint. (D.E. 1).

As cause for this motion, Defendants submit that its' answer or other responsive pleading is due on February 9, 2026. (D.E. 14). Good faith efforts by the parties are continuing towards resolution, further, the undersigned has had several discussions with agency counsel who continues to provide updates and necessary documents for review in order to properly adjudicate this case. However, a third extension would allow more time to finalize a proper resolution. Plaintiff's counsel has been contacted, and she does not oppose this motion.

THEREFORE, Defendants respectfully ask this Court for a sixty (60) day extension of time, through and including April 10, 2026, to file either an answer or other responsive pleading to Plaintiff's Complaint.

//

[*signature on next page*]

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR, TN BPR #013330
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
mercedes.maynor@usdoj.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February 2026, the foregoing document was filed electronically, and a copy was served via the Court's electronic filing system upon:

Dawn A. Garcia
Garcia Immigration Law PLLC
9045 Carothers Parkway, Suite 201
Franklin, TN 37067

s/ Mercedes C. Maynor
MERCEDES C. MAYNOR
Assistant United States Attorney